# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

CHERIE ZIMMERMAN, on her own
behalf,

      Plaintiff,

v.                                     CASE NO. 2:11-CV-674-FtM-99DNF

CARDIAC ARRHYTHMIA INSTITUTE,
P.A., a Florida profit corporation, SIDNEY
PEYKAR, individually,

      Defendants.

_____/

## ORDER

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas Frazier on May 24, 2012 (Doc. 16). In the Report and Recommendation, Judge Frazier recommends that the Court grant the Joint Motion to Approve Settlement and Dismissal of the Action With Prejudice, filed on May 23, 2012 (Doc. 15). Judge Frazier also recommends that the Court deny the Defendant's Motion to Dismiss the Complaint With Prejudice, which was filed on December 29, 2011 (Doc. 9). On May 30, 2012, the parties filed a Joint Notice of Non-Objection to Magistrate's Report and Recommendation (Doc. 18). As such, this matter is ripe for review.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.  The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.  The Joint Motion to Approve Settlement and Dismissal of the Action With Prejudice (Doc. 15) is **GRANTED**. The Settlement Agreement (Doc. 15, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3.  The Defendant's Motion to Dismiss the Complaint with Prejudice (Doc. 9) is **DENIED,** as moot**.**

4.  This action is **DISMISSED**, with prejudice.

5.  The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on May 31, 2012.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD